UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIMBERLY POWELL, YVONNE
WOLFE, LYNETTE CLEWS,
ELICIA RODRIGUEZ, MORGAN
RICHARDS, GEORGIA HINES,
CRYSTAL COOPER, ANGELICA
AMIS, DONALD FAULKNER, JR.,
JEFFREY BLASSMEYER,
KIMBERLY AMIS, BRYAN SIROIS,
SHANNON ROBINSON, KAYLA
KLINGLER, TENEA PHILLIPS,
BRANDON BRINDLEY, TIFFANY
REINHARDT, SARAH
WINDHOVEN, ANNI SUADI,
AMANDA SULLIVAN, EMMA
VANCURAN, BRENT EULER,
HEATHER DEY, KEVIN
TOMAKA, WENDY
WEISHEIMER, DONALD W.
POWELL, PAMELA TOMS,
TERRIE L. FUEHRER, TINA
TRENCHERD, CARLA ANDER,
and MIRANDA FREELAND,

   Plaintiffs,

v.            Case No: 6:21-cv-1791-JSS-NWH

THE SCHOOL BOARD OF
VOLUSIA COUNTY, FLORIDA,

   Defendant.
_____/

## **ORDER**

  Defendant moves to dismiss Plaintiffs' Second Amended Class Complaint (Dkt. 89) for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).  (Dkt.

93.) Pursuant to 28 U.S.C. § 636, the court **REFERS** this motion to the Honorable Magistrate Judge Nathan W. Hill for entry of an order or a report and recommendation, as appropriate.

    **ORDERED** in Orlando, Florida, on August 15, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record